FILED

2021 Aug-16  PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY REPASKY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** _____ |
| | ) | |
| **H&S HAIRCUTTERS, INC. D/B/A** | ) | |
| **SPORTS CLIPS HAIRCUTS OF** | ) | |
| **HUNTSVILLE,** | ) | |
| | ) | |
| **Defendant.** | | |

## COMPLAINT

COMES NOW Anthony Repasky, Plaintiff in the above-styled action, files his Complaint against Defendant, H&S Haircutters, Inc. d/b/a Sports Clips Haircuts of Huntsville in the above-styled action, and, in support thereof, shows as follows:

### PARTIES

1.    Anthony Repasky is a male citizen of the United States and resident of this district and division.

2.    H&S Haircutters, Inc. d/b/a Sports Clips Haircuts of Huntsville ("SPORTS CLIPS") is a corporation incorporated in Madison County, Alabama, and owns and operates at least two locations in Madison County, Alabama, within the Northern District of Alabama.

JURISDICTION AND VENUE

3.      Plaintiff restates and realleges the allegations contained in paragraphs 1 through 2 as if fully set out herein.

4.      This Court has personal jurisdiction over all Defendants.

5.      This Court maintains subject matter jurisdiction and is instituted and authorized pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended by the Civil Rights Act of 1991 which provides for relief against discrimination and employment on the basis of sex (henceforth "Title VII").

6.      This Court maintains further subject matter jurisdiction under 28 U.S.C. § 1343(a)(4), 1337 and 29 U.S.C. §2611 *et seq.*

7.      Defendant conducts business in this district and division and has more than fifteen (15) employees between all of its locations. Moreover, the unlawful failure to hire alleged in this complaint occurred within this district and division. Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

CONDITIONS PRECEDENT

8.      Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("E.E.O.C.") alleging discrimination on the basis of his sex in violation of Title VII. A copy of the Charge of Discrimination is attached hereto as "Exhibit A."

9.      Plaintiff received a Dismissal and Notice of Rights from the E.E.O.C.,

and this action was instituted within ninety (90) days of receipt thereof. A copy of the Right to Sue is attached hereto as "Exhibit B."

## FACTS

10.     Plaintiff restates and realleges the allegations contained in paragraphs 1 through 9 as if fully set out herein.

11.     Anthony Repasky applied and interviewed for a job opening at the 6275 University Drive, Huntsville, Alabama SPORTS CLIPS on October 31, 2020 as a barber.

12.     Defendant interviewed with Store Manager, Lita (l.n.u.), who requested Repasky interview with the Store Owner.

13.     During his interview with the Store Owner, the owner told Repasky he does not normally hire males because the number of customers was not as high as female employees.

14.     The owner told Repasky he would call Repasky within twenty-four hours, which he did not do.

15.     Repasky followed up with the Store Manager through calls and texts on her personal phone. When she finally responded, the Store Manager told Repasky they went with another applicant.

16.     Repasky noticed a new female employee was working at SPORTS CLIPS on University Drive after he was told he would not be hired.

17.     Only females are employed at the H&S Haircutters, Inc. d/b/a SPORTS CLIPS locations through the North Alabama area.

18.     Instead of allowing Repasky to work as a barber at a hair cutting facility, Repasky was subjected to discrimination because he was not a female.

19.     Defendant blatantly and openly discriminated against Plaintiff, and he was discriminated against because of his sex.

**CAUSE OF ACTION**

**COUNT I**

**Violation of Title VII of the Civil Rights
Act of 1964 as Amended**

20.     Plaintiff restates and realleges the allegations contained in paragraphs 1 through 19 as if fully set out herein.

21.     Plaintiff has been subjected to gender discrimination in that he was not hired to cut hair due to his sex, male, even though he was otherwise qualified for the position.

22.     Plaintiff avers Defendant condoned and tolerated the gender discrimination. Defendant's actions were in violation of Title VII of the Civil Rights Act of 1964.

23.     Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs alleged herein and this suit for compensatory damages, punitive damages, attorney's fees, expenses, costs, and injunctive relief, and declaratory

4

judgment is his only means of securing adequate relief. The unlawful employment practices complained of were done with malice and/or with reckless indifference to the federally protected rights of Plaintiff.

24.     Plaintiff has and will continue to suffer irreparable injury from Defendant's unlawful policies and practices set forth herein unless enjoined by this Court.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Anthony Repasky, prays that this Court:

     a.    Declare the conduct engaged in by Defendant to be in violation of Plaintiff's rights;

     b.    Enjoin Defendant from engaging in such conduct in the future;

     c.    Award Plaintiff compensatory and punitive damages, in an amount to be determined by the Court;

     d.    Award Plaintiff costs and attorneys' fees; and

     e.    Grant such further and other, different and relief, including equitable, as this Court deems just and proper.

**JURY DEMAND**

Plaintiff demands trial by jury on all issues triable at law.

Respectfully submitted this the 16th day of August 2021.


/s/ Teri Ryder Mastando
Teri Ryder Mastando (ASB-4507-E53T)
Eric J. Artrip (ASB-9673-I68E)
MASTANDO & ARTRIP, LLC
301 Washington St., Suite 302
Huntsville, Alabama 35801
Phone:      (256) 532-2222
Fax:        (256) 513-7489
teri@mastandoartrip.com
artrip@mastandoartrip.com


**DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL**:


Michael S. Harbour, Registered Agent
H&S HAIRCUTTERS, INC.
122 Millcreek Crossing
Madison, AL 35758


/s/ Teri Ryder Mastando
Teri Ryder Mastando

# EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | |

_____ and EEOC

State or local Agency, if any

| Name (indicate Mr. Ms. Mrs.)<br>**Mr. Anthony Repasky** | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Street Address | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**Sports Clips Haircuts of Huntsville** | No. Employees, Members<br>Over 15 | Phone No. (Include Area Code)<br>256-270-7022 |
|---|---|---|
| Street Address<br>**6275 University Dr., Ste. 21** | City, State and ZIP Code<br>**Huntsville, AL 35806** | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| __ RACE   __ COLOR  _X_ SEX  __ RELIGION  __ NATIONAL ORIGIN<br><br>__ RETALIATION  __ AGE  __ DISABILITY  __ OTHER (Specify below.) | Earliest          Latest<br>October 31, 2020<br><br>__ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attached extra sheet(s)):

I had previously been employed at Great Clips and was out of work. I had six years of experience as a barber. I called Sports Clips and asked if they were hiring. The person on the phone said they were hiring, so I turned in an application and was interviewed on the spot by the Store Manager, Lita (last name unknown), on October 31, 2020. The Store Manager wanted me to interview with the owner (name unknown), which I did that same day. Lita gave me her cell phone number to contact her back. The owner told me he does not normally hire males because their number of customers is not as high as female employees. The owner told me he would call me back in twenty-four hours, but he did not. I called and texted the Store Manager on her cell phone multiple times. When she finally responded, she told me they went with another applicant. I looked in the window of the store about a week later and saw a new female, and only females, working there.

I believe I was discriminated against due to my sex, male, in violation of Title VII of the Civil Rights Act of 1964. I file this Charge on behalf of myself and others similarly situated.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>2-3-21<br>Date          Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

# EXHIBIT B

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Anthony Repasky**

From: **Birmingham District Office**
**Ridge Park Place**
**1130 22nd Street South**
**Birmingham, AL 35205**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **420-2021-01022** | **MERCEDES RICARDO,** **Investigator** | **(205) 651-7069** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☒ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*for   James C Love Sr*

May 20, 2021

Enclosures(s)

**BRADLEY A. ANDERSON,**
**District Director**

*(Date Issued)*

cc:

**Michael S. Harbour, President**
**H & S Haircutters, Inc. dba**
**Sports Clips Haircuts of Huntsville**
**6275 UNIVERSITY DR NW**
**Suite 21**
**Huntsville, AL 35806**

**Beth Trees, Paralegal**
**MASTANDO & ARTRIP LLC**
**301 Washington Street**
**Suite 302**
**Huntsville, AL 35801**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope or
record of receipt, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you
did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was
*issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office.  If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years)** before you file suit** may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
<u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:  **Carter R. Hale**
**Scott, Sullivan, Streetman & Fox, P.C.**
**1 SAINT LOUIS ST**
**STE 2500**
**Mobile, AL 36602**