IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ANTHONY REPASKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 5:21-cv-01117-HNJ |
| | ) |
| H&S HAIRCUTTERS, INC. D/B/A SPORTS CLIPS HAIRCUTS OF HUNTSVILLE, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties, by and through undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted this the 23rd day of May, 2023.

*Attorneys for Plaintiff*

/s/ Teri Ryder Mastando
Teri Ryder Mastando (ASB-4507-E53T)
Eric J. Artrip (ASB-9673-I68E)
MASTANDO & ARTRIP, LLC
301 Holmes Ave. NE, Suite 100
Huntsville, Alabama 35801
Phone: (256) 532-2222
Fax: (256) 513-7489
artrip@mastandoartrip.com
teri@mastandoartrip.com

1

*Attorneys for Defendant*

/s/ Carter R. Hale

Carter R. Hale (ASB-9713-R80H)
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
One St. Louis Centre
1 Saint Louis St., Ste. 2500
Mobile, AL 36602
chale@scottsullivanlaw.com